# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN


U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2016 DEC -1 A 11: 03
JON W. SANFILIPPO
CLERK

(Full name of plaintiff(s))

Donald Daugherty

v.

(Full name of defendant(s))

Andrew Chevrolet

Case Number: 16-C-1595

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of _____Wisconsin_____ and resides at
   (State)
   ___3121 W. Michigan___
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant ___Andrew Chevrolet___
   (Name)
   is (if a person or private corporation) a citizen of _____

Complaint – 1

Case 2:16-cv-01595-PP   Filed 12/01/16   Page 1 of 5   Document 1

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On 5/8/2012 Andrew Chevrolet violated my Rights by Selling me an "Lemon" or Faulty 2011 Chevy Impalla with Transmission prombles and previous Accident damage not disclose to me at time of purchase and ongoing Transmission prombles from 2012 til present 2016. Andrew Chevrolet Refuse to Repair or Replace Transmission as covered by purshaged Warrante in the State of Wisconsin

Complaint – 2

at Andrew Chevrolet on Silver Spring Drive From 2012 to 2016. the 2011 Chevy Impala Transmission broke an Total of 4 times. Donald Daugherty was Forced to pay $1100.00 For and pre Certified Transmission that also Failed in 2015 each year Since Donald Daugherty purchase the car. Andrew Chevolote Cause Mr Daugherty to Not be Able to have Relible Transportation To and From work. because of their Refusal to Repair the Transmission or Replace the Vechical Daughery Purshayed. Mr Daugherty is Seeking Restitution For Damages to the 2011 Chevy Impalla as well as Restitution For Him loosing time off Work because he Could Not get there as he Would have with AN Relible Vehical

Complaint – 3

C.  JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 17,500.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I want to sue Andrew Chevy for the Amount of purshage For the vehicel 2011 Chevy Impalla $17,500 Including Additional Lost of Work + Wages Donald Daugherty occur during this period of 2012-2016, I want Andrew to Replace my Vechicl to and State of pre-owne New-used.

E. JURY DEMAND

I want a jury to hear my case.

☒ – YES  ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___1st___ day of ___December___ 20__16__.

Respectfully Submitted,

_____
Signature of Plaintiff

___(414) 501-0753___
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

___ddaugherty2@my.wctc.edu___
___3121 W. Michigan St Milwaukee 53208___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.