UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

| DONALD DAUGHERTY, | Case No. 16-cv-1595-pp |
|---|---|

Plaintiff,

v.

ANDREW CHEVROLET,

Defendant.

---

**ORDER DISMISSING CASE FOR FAILURE TO PAY THE FILING FEE**

---

On June 23, 2017, the court denied the plaintiff's motion to proceed without prepaying the filing fee. Dkt. No. 4. The court ordered the plaintiff to pay the $350 filing fee and the $50 administrative fee by the end of the day on August 7, 2017. Id. at 2. The order made clear that if the court did not receive the filing fee by the end of the day on August 7, 2017, the court would dismiss the case without further notice or hearing. The court has not received the filing fee.

The court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to pay the filing fee.

Dated in Milwaukee, Wisconsin this 11th day of August, 2017.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**